The People of the State of New York, Respondent,
against
Jermaine Parson, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Margaret W. Martin, J.) rendered October 18, 2018, convicting him, upon his plea of guilty, of assault in the third degree, and sentencing him to three years probation plus twelve days community service.




Per Curiam.
Judgment of conviction (Margaret W. Martin, J.), rendered October 18, 2018, affirmed. 
We are unpersuaded that the sentence imposed was unduly harsh or severe, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558 [2006], lv denied 8 NY3d 945 [2007]). Further, defendant was sentenced in accordance with his bargained for plea and should not now "be heard to complain that he received what he bargained for" (People v Fair, 33 AD3d at 558, quoting People v Chambers, 123 AD2d 270 [1986]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 22, 2020